FILED

2014 Feb-07  PM 01:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **VINCENT EARL BOGLIN,** | } | |
| | } | |
| **Petitioner,** | } | |
| | } | |
| **v.** | } | **Case No.: 5:11-cv-03862-RDP-PWG** |
| | } | |
| **KENNETH JONES, Warden;** | } | |
| **ATTORNEY GENERAL FOR THE** | } | |
| **STATE OF ALABAMA,** | } | |
| | } | |
| **Respondents.** | } | |

## MEMORANDUM OPINION

The Magistrate Judge filed a Report and Recommendation on December 27, 2013, recommending that Plaintiff's petition for a Writ of Habeas Corpus pursuant to the provisions of 28 U.S.C. 2254 be denied.  No objections were filed by either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the Magistrate Judge's Report is due to be and hereby is **ADOPTED** and the Recommendation **ACCEPTED**.  Accordingly, Plaintiff's petition for a Writ of Habeas Corpus pursuant to the provisions of 28 U.S.C. 2254 will be denied. A separate order will be entered.

**DONE** and **ORDERED** this ____7th____ day of February, 2014.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE