IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| VINCENT EARL BOGLIN, | } |
| Petitioner, | } |
| v. | } Case No.: 5:11-cv-03862-RDP-PWG |
| KENNETH JONES, Warden; ATTORNEY GENERAL FOR THE STATE OF ALABAMA, | } |
| Respondents. | } |

## MEMORANDUM OPINION

The Magistrate Judge filed a Report and Recommendation on December 27, 2013, recommending that Plaintiff's petition for a Writ of Habeas Corpus pursuant to the provisions of 28 U.S.C. 2254 be denied. No objections were filed by either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the Magistrate Judge's Report is due to be and hereby is **ADOPTED** and the Recommendation **ACCEPTED**. Accordingly, Plaintiff's petition for a Writ of Habeas Corpus pursuant to the provisions of 28 U.S.C. 2254 will be denied. A separate order will be entered.

**DONE** and **ORDERED** this ___7th___ day of February, 2014.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE